**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DANA DONLON,**

**Plaintiff,**

**v.** **Case No.: 5:26-cv-00241-JEP-PRL**

**FABLETICS, LLC,**

**Defendant.**
______________________________________/

ORDER

On April 2, 2026, Plaintiff filed a complaint against Defendant Fabletics, LLC. (Doc. 1). On April 10, 2026, Plaintiff filed a return of service as to Defendant. (Doc. 7). To date, Defendant has not appeared in this action and Plaintiff has not filed anything further in the case. Accordingly, within **fourteen days** of this Order, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.

DONE and ORDERED in Ocala, Florida on September 3, 2026.



PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party